IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**ANDREW L. JAMISON, #117604**                               **PLAINTIFF**

**VERSUS**                          **CIVIL ACTION NO. 3:07-cv-351-HTW-LRA**

**CHRISTOPHER EPPS, LARRY HARDY,**
**CELESTE WILLIAMS and DAVID WALKER**              **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed with prejudice as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and this dismissal will count as a strike pursuant to 28 U.S.C. § 1915(g).

This the 30th day of January, 2008.

                                       s/ HENRY T. WINGATE
                                       CHIEF UNITED STATES DISTRICT JUDGE